# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Sue Stiegler

                          Plaintiff,

v.                                                            Case No.: 1:20–cv–02020
                                                                 Honorable Rebecca R. Pallmeyer

Joseph Bonkowski, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 6, 2022:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to the parties' Stipulation [63] this case is dismissed without prejudice until 1/15/2022. If a motion to reinstate is not filed on or before 1/15/2022, the dismissal will automatically convert to with prejudice without further order of court. The parties shall bear their own costs and attorneys' fees. Telephonic status hearing set for 1/6/2022 is stricken. All pending motions [49] are terminated. Civil case terminated. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.